IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE CARL LYONS,

      Plaintiff,　　　　　　　　No. CIV S-01-0412 LKK KJM P

   vs.

D. BAUGHMAN,

      Defendant.　　　　　　　　<u>ORDER</u>

_____/

      Good cause appearing, based on Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

      1. Plaintiff already has filed his pretrial statement, but shall file any motions necessary to obtain the attendance of witnesses at trial on or before November 21, 2005. Defendant shall file his pretrial statement on or before November 30, 2005. Failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

      Pretrial conference (as described in Local Rule 16-282) is set in this case for December 19, 2005 , before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

/////

/////

1

1   2. This matter is set for trial confirmation by videoconference on February 13,
2   2006, at 11:15 a.m. and jury trial on May 2, 2006, at 10:30 a.m. in Courtroom 4, before the
3   Honorable Lawrence K. Karlton .
4   DATED: October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

lyon1412.sox2