UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

        Plaintiff,           No. CIV S-01-0412 LKK KJM P

  vs.

D. BAUGHMAN,

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Willy Carl Lyons, inmate # E-19268, a necessary and material witness in proceedings in this case on February 13, 2006, is confined in California State Prison Sacramento PO Box 290002, Represa, CA 95671-0002; in the custody of Acting Warden Scott M. Kernan; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at California State Prison Sacramento, February 13, 2006, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the IT Department.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Acting Warden Scott M. Kernan, California State Prison Sacramento
PO Box 290002, Represa, CA 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE