IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

    Plaintiff,                               No. CIV S-01-0412 LKK KJM P

    vs.

D. BAUGHMAN,

    Defendant.                            ORDER

_____/

        On December 30, 2005, this court issued a pretrial order and gave the parties time in which to file objections. On January 25, 2005, plaintiff filed objections.

        The court declines to amend the pretrial order. Plaintiff's objections are more appropriately and may be raised as motions in limine.

        IT IS SO ORDERED.

DATED: February 22, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

2
lyon0412.ptoo

1