IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

      Plaintiff,            No. CIV S-01-0412 LKK KJM P

   vs.

D.  BAUGHMAN,

      Defendant.       <u>ORDER</u>

_____/

      On April 10, 2006, the court held a Trial Confirmation Hearing in this case. Plaintiff, a state prison inmate, appeared via videoconferencing; Kelli M. Hammond, Deputy Attorney General, appeared for defendant Baughman.  The court and the parties discussed the following matters:

      1.  Plaintiff seeks to call inmate Victor Green as a witness.   The court directed Ms.  Hammond to notify the court of Green's current location and the court will issue a writ of habeas corpus ad testificandum to secure his presence for trial.

      2.  Plaintiff has revised the list of exhibits he intends to offer at trial, as follows:

      A.  602 appeal dated October 31, 1996.   Offered.

      B.  Director's Level Decision dated April 18, 1997.  Offered.

      C.  Memorandum by D. Conner dated December 30, 1996.  Offered.

1

D.   Appeal Decision dated January 17, 1997.  Withdrawn.

E.   Appeal dated November 10, 1996.  Offered.

F.   Appeal Decision dated May 1, 1997.  Offered.

G.   Correspondence of Hubbards dated December 2, 1996.  Offered.

H.   General Chron. dated December 28, 1997.  Withdrawn.

I.   Appeal dated May 10, 1997.  Withdrawn.

J.   Appeal Decision dated August 22, 1997.  Withdrawn.

K.   Rules Violation Report dated May 4, 1997.  Withdrawn.

L.   Appeal dated March 25, 2000.  Withdrawn.

M.   Letter of Willy Lyons, dated December 4, 1996.  Withdrawn.

N.   Appeal dated August 17, 2001.  Withdrawn.

O.   Appeal dated May 10, 2000.  Withdrawn.

P.   Appeal dated September 4, 1998.  Withdrawn.

Q.   Rules Report, Part C dated March 14, 2001.  Withdrawn.

R.   Declaration of Victor Green.  Offered.

S.   Dental records.  Offered.

T.   Video tape of June 30, 1997 cell extraction.  Offered.

U.   All exhibits attached to the complaint.  Withdrawn.

V.   Medical reports dated March 22, 2000.  Offered.

W.   Memorandum: Determinants for Level IV Placement.  Withdrawn.

X.   Letter dated February 25, 1999.  Withdrawn.

Y.   Appeal dated April 14, 1999.  Withdrawn.

Z.   Letter of Edwards dated April 27, 1999.  Offered.

AA.   Memorandum dated April 29, 1999.  Offered.

BB.   CDC 114 D dated March 22, 1999.  Offered.

CC.   Classification Chron. dated June 19, 1997.  Offered.

DD.  Classification Chron. dated July 23, 1997.  Offered.

EE.  Rules report, part C dated March 12, 1997.  Withdrawn.

FF.  Letter from J. Media dated December 4, 1997.  Offered.

GG.  CDC 114 D dated January 21, 1997.  Withdrawn.

HH.  Letter from T.L. Rosario dated February 28, 1997 Offered..

II.  Classification Chron. dated November 14, 1996.  Offered.

JJ.  CDC 115 dated July 5, 1997.   Withdrawn.

KK.  CDC 114 D dated October 17, 1998.  Offered.

LL.  CDC classification Chron. dated November 4, 1998.  Withdrawn.

MM.  Medical records dated October 17, 1998.  Offered.

NN.  CDC classification Chron. dated August 19, 1999.  Offered.

OO.  Memorandum dated January 24, 1997.  Offered.

PP.  Letter to Hubbards by Kidded dated May 4, 1997.  Withdrawn.

QQ.  Letter to Warden White dated October 30, 1996.  Withdrawn.

RR.  Memorandum dated April 11, 1997.  Offered.

SS.  Appeal dated March 7, 1997.   Offered.

TT.  Appeal decision dated July 18, 1997.  Offered.

UU.  CDC 114 D dated March 9, 1997.   Withdrawn.

VV  Letter to Walker dated May 9, 1997.  Withdrawn.

XX.  Letter to T. Rosario dated February 14, 1997.  Offered.

YY.  Operation Manual section 61020.1 through 61020.6.   Offered.

ZZ.  Defendant's Response to Plaintiff's Request for Production of Documents.

Withdrawn.

AAA.  Defendant's Response to Plaintiff's Request For Admissions.  Withdrawn.

BBB.  Defendant's Response to Plaintiff's Interrogatories.   Withdrawn.

/////

1          Because these documents are, for the most part, in defendant's possession,

2   defendant will provide these for trial.  To the extent defendant does not have the exhibits, it

3   remains plaintiff's obligation to provide them for trial.

4          3.  No later than fifteen days before trial, plaintiff should notify the court and the

5   defendant the nature and scope of the injunctive relief he seeks.

6          4.  Jury trial is confirmed for June 20, 2006 10:30 a.m. in Courtroom No. 4.

7

8   DATED:  April 10, 2006.

                                        /s/Lawrence K. Karlton
9                                       LAWRENCE K. KARLTON
                                        SENIOR JUDGE
10                                      UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26