UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

                              NO. CIV. S-01-412 LKK/KJM P

      Plaintiff,

  v.                                      O R D E R

D. BAUGHMAN,

      Defendant.

_____/

    A jury trial is set to commence in the above-captioned case on June 20, 2006.  For reasons the court will explain, the court ORDERS that:

    1.  Trial currently set to commence on June 20, 2006 at 10:30 a.m. is VACATED;

    2.  The parties are to appear in court on June 20, 2006 at 10:30 a.m. for a Status Conference;

    3.  The writ of habeas corpus ad testificandum issued to provide for Victor Glen Green's attendance at trial is VACATED; and

////

1

1    4.   The Clerk is directed to SERVE a copy of this order on
2 the Out-To-Court Desk, California State Prison - Sacramento, P.O.
3 Box 290066, Represa, California 95671 and FAX a copy to the Warden,
4 Kern Valley State Prison.
5    IT IS SO ORDERED.
6    DATED:   June 16, 2006
7                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
8                                    UNITED STATES DISTRICT COURT