UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

            Plaintiff,

    v.

D. BAUGHMAN,

            Defendant.
_____/

NO. CIV. S-01-412 LKK/KJM P

O R D E R

    A Status Conference was held on June 20, 2006 in the above-captioned case.  A further Status Conference is now SET for July 11, 2006 at 10:30 a.m. in Courtroom No. 4.  The Clerk is directed to SERVE a copy of this order on the U.C. Davis Civil Rights Clinic.

    IT IS SO ORDERED.

    DATED: June 20, 2006

                                    /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT