1  CARTER C. WHITE, SBN 164149
KING HALL CIVIL RIGHTS CLINIC
2  U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
3  Davis, CA 95616-8821
Tel.: (530) 752-5440
4  Fax: (530) 752-5788
ccwhite@ucdavis.edu
5
Attorney for Plaintiff
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  WILLY CARL LYONS,                    )
                                        )    NO. CIV S-01-0412 LKK KJM P
11            Plaintiff,                )
                                        )
12  VS.                                  )    **FINDINGS AND ORDER APPOINTING**
                                        )    **COUNSEL**
13                                       )    (28 U.S.C. § 1915(e)(1); General Order 230)
    D. BAUGHMAN, ET AL.                 )
14                                       )
                                        )
15            Defendant.                )
                                        )
16

17          Upon review of plaintiff's motion for appointment of counsel and the documents on file

18  and good cause appearing therefor, the Court finds as follows:

19          1. Plaintiff has made substantial efforts to obtain legal representation and has been unable

20  to do so.  Further efforts to obtain the services of counsel without order of this court would be

21  futile;

22          2. Plaintiff's income is 125 percent or less of the current poverty threshold established by

23

24  the Office of Management and Budget of the United States and is otherwise without resources to

25  obtain counsel;

26          3. This case is of a type that attorneys in this district ordinarily do not accept without

27  prepayment of a fee;

28

4. This case is not a fee generating case within the meaning of California Business and Professional Code § 8030.4(g);

5. This case has sufficient merit to warrant appointment pursuant to General Order No. 230;

Therefore this Court orders as follows:

1. The King Hall Civil Rights Clinic is appointed as attorney for plaintiff pursuant to General Order No. 230;

2. The Clerk of the Court is directed to send counsel a copy of the file in this matter; and

3. Counsel shall submit all deposition transcript costs for payment pursuant to section 8030.6 of the California Business and Professions Code.  All other contemplated costs shall be handled as described in General Order 230.

IT IS SO ORDERED.

Dated: July 14, 2006.

_____
UNITED STATES DISTRICT JUDGE