UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

          Plaintiff,

    v.

D. BAUGHMAN,

          Defendant.
_____/

NO. CIV. S-01-412 LKK/KJM P

O R D E R

    A Status Conference is hereby SET on July 31, 2006 at 1:30 p.m. in Courtroom No. 4 in the above-captioned case.  Plaintiff is to appear through counsel.  The parties who have already done so need not file status reports prior to the conference.

    IT IS SO ORDERED.

    DATED: July 24, 2006

                                      /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT