1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 322-4638
8   Fax:  (916) 324-5205
    Email:  Kelli.Hammond@doj.ca.gov
9
   Attorneys for Defendant Baughman
10

11                  IN THE UNITED STATES DISTRICT COURT
12               FOR THE EASTERN DISTRICT OF CALIFORNIA
13                           SACRAMENTO DIVISION
14

15  **WILLY CARL LYONS,**                    NO. 2:01-cv-0412 LKK KJM P

16                              Plaintiff,   **STIPULATION AND ORDER TO
                                             CONTINUE TIME FOR
17           v.                              SUBMITTING DOCUMENTS FOR
                                             IN CAMERA REVIEW**
18  **D. BAUGHMAN,**

19                              Defendants.

20

21         On November 8, 2006, the parties filed a stipulated protective order for the

22  confidentiality of documents, and agree that any disputed records would be submitted to the court

23  for in camera review by 5:00 p.m., November 29, 2006.

24         Counsel for plaintiff and defendant stipulate to continuing the date for filing

25  documents for in camera review until December 8, 2006.

26         The requested continuance is required because counsel for Mr. Lyons did not have an

27  opportunity to review his central file until November 20, 2006, and did not receive copies of

28  requested documents until November 28, 2006.  On November 29, 2006, counsel for defendant

1   Baughman was notified that plaintiff's attorneys want access to unredacted copies of documents

2   contained in Mr. Lyons' confidential file.  The California Department of Corrections and

3   Rehabilitation opposes the release of the documents in unredacted form.  Counsel for defendant

4   Baughman will be unable to provide copies to the court by this afternoon.  In addition, counsel

5   for defendant Baughman will be out of the office on November 30, 2006, and begins jury duty on

6   December 4, 2006.

7          The parties agree that all disputed documents will be filed with the court for in camera

8   review by 5:00 p.m. on December 8, 2006.

9          **IT IS SO STIPULATED.**

10

11  Date:  November 29, 2006          By:   */s/  Kelli M. Hammond*
                                             KELLI M. HAMMOND
12                                           Deputy Attorney General
                                             Attorney for Defendants
13

14  Date:  November 29, 2006          By:  */s/  Carter C. White*
                                             CARTER C. WHITE
15                                           Supervising Attorney
                                             Attorney for Plaintiff
16

17          **IT IS SO ORDERED.**

18

19  Dated:  December 5, 2006.
            (nunc pro tunc to 11/29/06)
20

21

22                                              _____
                                                U.S. MAGISTRATE JUDGE
23

24  lyons.wpd
    CA2002CX0047
25

26

27

28

Stipulation and Order To Continue Time for Submitting Documents for In Camera Review