IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

    Plaintiff,                    No. CIV S-01-0412 LKK KJM P

    vs.

D. BAUGHMAN,

    Defendant.                <u>ORDER</u>

/

        On December 8, 2006, counsel for defendant filed documents in paper format for this court's in camera review and determination whether any of the documents should be released in their unredacted form to plaintiff's counsel. These documents are part of the confidential section of plaintiff's central file and contain sensitive information.

        The court has reviewed the documents and has found that release of two of the unredacted documents to plaintiff's counsel is appropriate; these documents are a memorandum dated February 5, 2003 by Richard Mandeville and an undated eight page statement handwritten by plaintiff.

        Defendant's counsel has asked to delay the release of any documents for a period of thirty days so that CDCR may notify all the inmates named in these two documents, as required by California Civil Code § 1798.24. Counsel also has asked that the court review any

inmate objections to the release of their names to plaintiff's counsel. Plaintiff's counsel has not opposed this request.

Accordingly, IT IS HEREBY ORDERED:

1. The documents submitted by defendant's counsel in paper format on December 8, 2006 are ordered filed under seal.

2. The court finds the unredacted memorandum dated February 5, 2003 by Richard Mandeville and the undated eight page statement handwritten by plaintiff to be relevant to the issues in this case.

3. Within fifteen days of the date of this order, counsel for defendant is ordered to notify the inmates named in these documents of the proposed release of their identities and to inform those inmates of their right to object to the release by writing to counsel for the defendant within thirty days after the notice is sent.

4. In order to protect the privacy of these individuals, counsel for the defendants is directed to collect any objections from the inmates and provide them under seal to this court for review, within forty-five days of the mailing of the notice to inmates directed in #3 above.

DATED: December 19, 2006.

_____
U.S. MAGISTRATE JUDGE

2
lyon0412.doc