IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

     Plaintiff,                    No. CIV S-01-0412 LKK KJM P

    vs.

D. BAUGHMAN,

     Defendant.               ORDER

_____/

       On January 8, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 20, 2006, ordering the release of confidential documents. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 20, 2006, is affirmed.

DATED: March 6, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT