IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

      Plaintiff,              No. CIV S-01-0412 LKK KJM P

      vs.

D. BAUGHMAN, et al.,

      Defendants.       ORDER

                                /

         In an order filed December 20, 2006, the court determined that two confidential documents could be released to plaintiff, but directed defendants' counsel to notify the inmates named in those documents to determine whether they objected to the release of their names.

         Counsel for defendant has now submitted the inmates' responses to this notice under seal and has also provided a numbered list of the names to assist the court in directing which names should be redacted in the materials released to plaintiff's counsel.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Counsel for defendants is directed to release the memorandum dated February 5, 2003 to Richard Mandeville and the hand written statement of Willy Lyons to plaintiff's counsel with the names redacted of the inmates corresponding to numbers five, six, eleven, twelve, fourteen, sixteen, nineteen, twenty-three, twenty-nine, thirty, thirty-six and thirty-seven.

2. The Clerk of the Court is directed to file the documents submitted on February 22, 2007, by Kelli M. Hammond, Deputy Attorney General under seal.

DATED: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE

lyon0412.ord

2