IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLY CARL LYONS,** | 2:01-cv-0412 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. BAUGHMAN,** | |
| Defendants. | |

Pursuant to the protective order issued November 16, 2006 (Doc. 131), the court finds good cause for Defendant's request to file in paper format and under seal Exhibits A-1, A-2, and A-3, to the Opposition to Plaintiff's Motion for Relief from Order (Doc. 141).

IT IS HEREBY ORDERED that the Clerk will accept for filing paper copies of, and will file under seal, defendant's Exhibit A to the Opposition to Plaintiff's Motion for Relief from Order in accordance with Local Rules 5-133 and 39-141.

DATED: April 25, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1