KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu
Assisted by: Nagmeh Shariatmadar
and Walid Kandeel
Certified Law Students

Attorney for Plaintiff Willy Carl Lyons

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLY CARL LYONS, ) | NO. CIV S-01-0412 LKK KJM P |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND DEPOSITION DEADLINE** |
| vs. ) | **FOR DEFENDANT WALKER** |
| ) | |
| D. BAUGHMAN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties, through their undersigned counsel of record, hereby stipulate and agree to a time extension for the Plaintiff to take the deposition of Defendant James Walker:

1.  Pursuant to this Court's September 18, 2007 Tentative Pretrial Conference Order, the deposition deadline is presently set for no later than October 15, 2007. Plaintiff underestimated the time that would be required to prepare for and schedule the deposition of Defendant Walker. Plaintiff also did not anticipate the possibility that Defendant Walker's vacation schedule would interfere with this scheduling process.

2. Counsel for Plaintiff contacted Defendants' counsel on the afternoon of October 5, 2007, trying to schedule Defendant Walker's deposition before the cut-off date of October 15, 2007.  October 8, 2007, was a state holiday, and Defendant Walker has a prepaid vacation set to begin on October 15, 2007.

/ / /

1       3. In order to provide sufficient reasonable notice and to accommodate Defendant
2  Walker's availability, parties have agreed to conduct Defendant Walker's deposition on Friday,
3  November 2, 2007 at California State Prison, Sacramento (CSP-Sac), Prison Road, Represa, CA
4  95671.
5       The parties respectfully request the Court to enter this Stipulation as an Order of the
6  Court.

8  Dated:   October 11, 2007                Respectfully submitted:
9                                           */S/ Carter C. White*
10                                          Carter C. White
                                            King Hall Civil Rights Clinic
11                                          Supervising Attorney
12                                          Nagmeh Shariatmadar
                                            Walid Kandeel
13                                          Certified Law Students
14                                          Counsel for Plaintiff Willy Carl Lyons

15                                          */S/ Kelli M. Hammond*
16
                                            Kelli M. Hammond
17                                          Deputy Attorney General
                                            Counsel for Defendants

19  IT IS SO ORDERED.
20  DATED: October 15, 2007

                                            _____
23                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
24                                          UNITED STATES DISTRICT COURT