UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

        Plaintiff,

vs.

D. BAUGHMAN, ET AL.,

        Defendants.

NO. CIV S-01-0412 LKK KJM P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

As to Willy Carl Lyons, CDCR # E-19268

     **Willy Carl Lyons**, inmate CDCR# E-19268, a necessary and material witness in proceedings in this case on January 8, 2008, is confined in Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, CA 95640, in the custody of the Warden Richard Subia; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom No. 4, United States Courthouse, 501 I Street, Sacramento, California on **January 8, 2008 at 9:00 a.m. and continuing throughout duration of the jury trial.**

     ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court via video conference or telephonically at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden of Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, CA, 95640:**

     **WE COMMAND** you to produce the inmate named above to testify in person before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:** December 19, 2007.

_____
U.S. MAGISTRATE JUDGE