UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLY CARL LYONS,

NO. CIV. S-01-412 LKK/KJM P

      Plaintiff,

    v.                                    <u>O R D E R</u>

D. BAUGHMAN, et al

      Defendants.

_____/

On March 31, 2008 a status conference was held with both parties.  At that conference, the court ORDERED as follows:

1.  Jury trial is SET for February 18, 2009 at 10:30 a.m.

IT IS SO ORDERED.

DATED: April 2, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1